IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY DEES,

    Plaintiff,

v.

CIERRA SIMPSON, DANIELLE GOODWIN, ERIC FORT, CURTIS MOORE, MICHAEL MCCLELLAND, ERIC PLOTT, and CHRISTOPHER PHEMISTER,

    Defendants.

Case No. 11-cv-893-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Cierra Simpson, Danielle Goodwin, Eric Fort, Curtis Moore, Michael McClelland, Eric Plott, and Christopher Phemister and against Plaintiff Rodney Dees,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** July 11, 2013

**NANCY J. ROSENSTENGEL,** Clerk of Court

By:s/Deborah Agans, Deputy Clerk

**Approved:** s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**